UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PATTEN,<br><br>        Plaintiff,<br><br>vs.<br><br>J. WALKER, *et al.*,<br><br>        Defendants. | Case No. 1:13-cv-00346-RRB<br><br>**ORDER REGARDING MOTION**<br>**AT DOCKET 22** |

At **Docket 22** Plaintiff Jason Patten, a former California state prisoner, has moved the Court to proceed *in forma pauperis* on appeal.[1] The record in this case reveals that the Court revoked Patten's *in forma pauperis* status.[2] Nothing in Patten's motion compels the Court to reconsider its prior decisions. Any further relief must be obtained from the Court of Appeals.

Accordingly, the Request to Proceed In Forma Pauperis on Appeal at **Docket 22** is **DENIED.**

The Clerk of the Court is directed to forward the Request to Proceed In Forma Pauperis, together with a copy of this Order, to the Clerk of the Court of Appeals for the Ninth Circuit for such further consideration as that court may deem appropriate.

**IT IS SO ORDERED** this 4th day of September, 2015

                                                  S/ RALPH R. BEISTLINE
                                                  UNITED STATES DISTRICT JUDGE

---

[1] USCA Case Number 15-16701.

[2] Dockets 16, 18.