UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PATTEN,<br><br>    Plaintiff,<br><br>vs.<br><br>J. WALKER, *et al.*,<br><br>    Defendants. | Case No. 1:13-cv-00346-RRB<br><br>**ORDER DENYING MOTION<br>AT DOCKET 24** |

At **Docket 24** Plaintiff Jason Patten, a former California state prisoner, has moved the Court to proceed *in forma pauperis* on appeal.[1] The record in this case reveals that the Court revoked Patten's *in forma pauperis* status,[2] and denied his request to proceed *in forma pauperis* on appeal.[3] Nothing in Patten's current motion compels the Court to reconsider its prior decisions.

Accordingly, the Request to Proceed In Forma Pauperis on Appeal at **Docket 24** is **DENIED.** The Clerk of the Court is directed to forward the Motion to Proceed In Forma Pauperis on Appeal, together with a copy of this Order, to the Clerk of the Court of Appeals for the Ninth Circuit for such further consideration as that court may deem appropriate.

**IT IS SO ORDERED** this 14th day of September, 2015.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1] USCA Case Number 15-16701.

[2] Dockets 16, 18.

[3] Docket 23.

ORDER DENYING DOCKET 24
*Patten v. Walker*, Case No. 1:13-cv-00346-RRB