UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PATTEN,<br><br>              Plaintiff,<br><br>vs.<br><br>J. WALKER, *et al.*,<br><br>              Defendants. | Case No. 1:13-cv-00346-RRB<br><br>**DISMISSAL ORDER** |

Plaintiff Jason Patten, a former California state prisoner appearing *pro se* and *in forma pauperis*, brings this civil rights action under 42 U.S.C. § 1983 against various individuals employed by the California Department of Corrections and Rehabilitation.  This action arose during the time that Patten was incarcerated at the San Quentin State Prison and Avenal State Prison.  The record reflects the following sequence of events.

June 16, 2015.  This Court dismissed the Complaint with leave to amend and denied Patten *in forma pauperis* status.[1]

August 25, 2015.  Patten appealed the dismissal to the Ninth Circuit and notified the Court of a change of address to P.O. Box 626, Middletown, CA 95461.[2]

September 15, 2015.  This Court denied leave to proceed IFP on appeal.[3]

---

[1] Docket 16.

[2] Docket 19.

[3] Docket 25.

October 5, 2015.  The September 15, 2015, Order was returned as undeliverable as addressed.[4]

April 29, 2016.  After remand from the Ninth Circuit, this Court entered its Order granting Patten through May 31, 2016 within which to file an amended complaint and application to proceed IFP.[5]

May 13, 2016.  The April 29, 2016, Order was returned as undeliverable as addressed.[6]

June 6, 2016.  The Ninth Circuit reinstated the appeal.[7]

October 11, 2016.  After a second remand from the Ninth Circuit this Court entered its Order granting Patten through November 14, 2016 within which to file an amended complaint and application to proceed IFP.[8]

October 27, 2016.  The October 11, 2016, Order was returned as undeliverable as addressed.[9]

When this matter was initiated by Patten this Court entered its Informational Order in which the Court specifically advised Patten of his responsibility to keep the Court apprised of his current address and that, "[i]f the address is not updated within sixty days

---

[4]  Clerk's docket entry.

[5]  Docket 28.

[6]  Clerk's docket entry.

[7]  Docket 29.

[8]  Docket 31.

[9]  Clerk's docket entry.

of the mail being returned the action will be dismissed for failure to prosecute."[10]  The

record does not reflect that Patten notified this Court of a change of address at any time

after August 25, 2015.  It is evident that more than a year has lapsed since mail sent to

Patten at the last address provided was returned as undeliverable as addressed.

Accordingly, this action is hereby **DISMISSED**  for failure to prosecute.[11]

**IT IS SO ORDERED** this 16th day of November, 2016.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[10]  Docket 4, p. 5, ¶ 11.

[11]  Fed. R. Civ. P. 41(b).

DISMISSAL ORDER
*Patten v. Walker*, 1:13-v-00346-RRB – 3